B6C (Official Form 6C) (12/07)

In re **Troy Anthony Frazier,**
**Denise Carter Frazier**
                                                                              Debtors

Case No. **2:10-bk-07726-CGC**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| See Exhibit "B" | A.R.S. Title 33 | 0.00 | 0.00 |

|  |  | Total: | 0.00 | 0.00 |
|---|---|---|---|---|

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# EXHIBIT "B"
to Amended Schedule C
# PERSONAL PROPERTY EXEMPTIONS
## Debtors Troy A. and Denise Carter Frazier

**HOUSEHOLD FURNITURE, FURNISHINGS AND APPLIANCES (A.R.S. §33-1123)**

| ITEM / PROPERTY | NUMBER OF ITEMS | DOLLAR AMOUNT OF EXEMPTION |
|---|---|---|
| Kitchen Table with Four Chairs (plus one additional chair for each dependent of the debtor who resides in the household if the debtor and dependants exceed four in number) | 1 table w/ 4 chairs ($100) | * |
| Dining Room Table with Four Chairs (plus one additional chair for each dependent of the debtor who resides in the household if the debtor and dependants exceed four in number) | 0 | * |
| Living Room Couch | 3 couches ($225) | * |
| Living Room Chair (plus one additional chair for each dependent of the debtor who resides in the household) | 2 loveseats ($100) | * |
| Living Room Coffee or End Tables | 3 coffee tables ($70) 4 end tables ($45) | * |
| Living Room Lamps | 3 lamps ($25) | * |
| Living Room Carpet or Rug | 0 | * |
| Two Beds (plus one additional bed for each dependent of the debtor who resides in the household) | 3 beds ($200) | * |
| Bed-Table, Dresser and Lamp (For each exempt bed available) | 3 dressers ($55) | * |
| Bedding (For each exempt bed available) | 6 sets ($12) | * |

| Pictures, Oil Paintings and Drawings, Drawn or Painted by Debtor and Family Portraits in their Necessary Frames | All | * |
|---|---|---|
| Television set or radio or stereo | 4 television sets ($375) | * |
| Radio Alarm Clock | 1 ($5) | * |
| Stove | 1 ($100) | * |
| Refrigerator | 1 ($100) | * |
| Washing Machine | 1($75) | * |
| Clothes Dryer | 1 ($75) | * |
| Vacuum Cleaner | 1 (10) | * |

*Aggregate fair market value of $4,000.00, $8,000.00 for married persons.

### FOOD, FUEL AND PROVISIONS (A.R.S. §33-1124)

| All food, fuel and provisions actually provided for the debtor's individual or family use for six months. | All ($100) | * |
|---|---|---|

### PERSONAL ITEMS (A.R.S. §33-1125)

| ITEM / PROPERTY | NUMBER OF ITEMS | DOLLAR AMOUNT OF EXEMPTION |
|---|---|---|
| All Wearing Apparel | All ($700) | $500.00* |
| All Musical Instruments | 0 | $250.00* |
| Domestic Pets, Horses, Milk Cows and Poultry | 0 | $500.00* |
| All Engagement and Wedding Rings | 2 wedding bands ($800) | $1,000.00* |
| The Library of a Debtor, including Books, Manuals, Published Materials and Personal Documents | All ($75) | $250.00* |

| One Watch | 0 | $100.00* |
|---|---|---|
| One Typewriter, One Bicycle, One Sewing Machine, a Family Bible, a Lot in any Burial Ground, One Shotgun or One Rifle or One Pistol | 1 bicycle ($25) | $500.00* |
| One Motor Vehicle | 2004 Hundia Santa Fe ($4,645) 2000 Nissan Xterra ($4,410) | $5,000.00* |
| Professionally Prescribed Prostheses for the Debtor or a Dependent of the Debtor, including a wheelchair | 0 | All |

*All amounts are doubled for married individuals.

## HOMESTEAD (A.R.S. §33-1101)

| Equity Interest in Homestead in the Maximum Statutory Amount | All | $150,000.00 or Such Greater Amount as may be Allowed by Statute. |
|---|---|---|

## TOOLS AND EQUIPMENT (A.R.S. §33-1130)

| ITEM / PROPERTY | NUMBER OF ITEMS | DOLLAR AMOUNT OF EXEMPTION |
|---|---|---|
| The Tools, Equipment, Instruments and Books of a Debtor or the Spouse of a Debtor Primarily Used in, and Necessary to Carry On, the Commercial Activity, Trade, Business or Profession of the Debtor or the Debtor's Spouse (does not include a Motor Vehicle) | Golf Clubs ($1,000) 1 desktop computer ($100) 1 laptop computer ($200) 1 desk ($30) | $2,500.00* |
| Farm Machinery, Utensils, Implements of Husbandry, Feed, Seed, Grain and Animals | 0 | $2,500.00* |
| All Arms, Uniforms and Accoutrements Required by Law | 0 | N/A |

*All amounts are doubled for married individuals.

# MONEY BENEFITS OR PROCEEDS A.R.S. §33-1126

| ITEM/PROPERTY | NUMBER OF ITEMS | DOLLAR AMOUNT OF EXEMPTION |
|---|---|---|
| Life Insurance Payable to Surviving Spouse, Child or Legal Guardian | 0 | Not to Exceed $20,000 |
| Earnings of Minor Child | 0 | All |
| Money Proceeds or Benefits to be paid Under Health, Accident or Disability Insurance | 0 | All |
| All Money from Claims for Damages of Exempt Property | 0 | All |
| Cash Surrender Value of Insurance Policies Owned for Two Years | 0 | All |
| Damages Arising from Improper Levy or Execution on Exempt Property | 0 | All |
| $150.00 Held in Single Account in any one Financial Institution ($300.00 for Married Couple) | USAA Federal Savings Bank checking acct #2453 ($300) | Up to $300.00 |
| Money or Assets Payable from Erisa Qualified Plans, IRA's, Keogh Plans, 401(k) Plans and all other Allowed Under IRC §§401(a), 403(a), 403(b), 408 and 409 | 0 | All |
| Prepaid Rent for those not Owning a Home not Exceeding the Lesser of $1,000.00 (or 1.5 x Rental Payment) | 0 | All |

## WAGES, SALARY & COMPENSATION A.R.S. §33-1131

| | | |
|---|---|---|
| (1) 75% of disposable income for any work week or the difference between weekly disposable income and (2) the amount by which disposable earnings for that week exceed 30 times the minimum hourly wage prescribed by federal law (whichever is greater). | All | All |

## SOCIAL SECURITY 42 U.S.C. § 407

| | | |
|---|---|---|
| The right of any person to any future payment under this subchapter shall not be transferable or assignable, at law or in equity, and none of the moneys paid or payable or rights existing under this subchapter shall be subject to execution, levy attachment, garnishment, or other legal process, or to the operation of any bankruptcy or insolvency law.  42 U.S.C. § 407(a). | N/A | |

# VETERANS' BENEFITS 38 U.S.C. § 5301

| | | |
|---|---|---|
| Payments of benefits due or to become due under any law administered by the Secretary shall not be assignable except to the extent specifically authorized by law, and such payments made to, or on account of, a beneficiary shall be exempt from taxation, shall be exempt from the claim of creditors, and shall not be liable to attachment, levy, or seizure by or under any legal or equitable process whatsoever, either before or after receipt by the beneficiary. 38 U.S.C. § 5301(a) | All | All |

F:\DOC\DOC A-K\F\Frazier\Exemptions Amd.wpd